NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DENNIS LEE DAVIS,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )
                                     )    Case No.  2D18-2203
SUNTRUST BANK,                       )
                                     )
            Appellee.                )
_____  )

Opinion filed June 5, 2019.

Appeal from the Circuit Court for
Highlands County; Larry Helms, Judge.

Ryan C. Torrens of Torrens Law Group,
P.A., Tampa, for Appellant.

Philip D. Storey and Amanda Renee
Murphy of Alvarez, Winthrop, Thompson
& Storey, P.A., Orlando, for Appellee.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.